**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

05-01097/9900136547

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kelly L. Higley and Rosa I. Higley<br>Debtors.<br><br>Mortgage Electronic Registration Systems, Inc. by U.S. Bank, N.A. successor by merger with The Leader Mortgage Company, its agent<br><br>Movant,<br>vs.<br><br>Kelly L. Higley and Rosa I. Higley, Debtors; Dianne C. Kerns, Trustee.<br><br>Respondents. | No. 4:05-bk-02446-JMM<br><br>Chapter 13<br><br>(Related to Docket # 24)<br><br>**STIPULATION REGARDING MOTION FOR RELIEF** |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded August 31, 2001, at Recorders No. 11625-10275, in

the records of the Pima County, Arizona Recorder's Office, wherein Kelly L. Higley and Rosa I. Higley, are designated as trustors and Mortgage Electronic Registration Systems, Inc. by U.S. Bank, N.A. successor by merger with The Leader Mortgage Company, its agent is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 133, of RANCHO REYES II, according to the plat of record in the office of the County Recorder of Pima County, Arizona, recorded in Book 53 of Maps, page 51.

IT IS FURTHER STIPULATED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 PAYMENTS at $823.77 (March 1, 2006 – June 1, 2006) | $3,295.08 |
| 4 LATE CHARGES at $32.95 (March 16, 2006 – June 16, 2006) | $ 131.80 |
| PROPERTY INSPECTIONS | $ 60.00 |
| BANKRUPTCY ATTORNEYS FEES AND COSTS | $ 500.00 |
| DEBTOR SUSPENSE | <$ 175.05> |
| LESS DOWN PAYMENT | <$2,962.77> |
| **TOTAL AMOUNT OF POST PETITION DEFAULT** | $ 849.06 |

1. The total arrearage of $849.06 shall be paid in six monthly installments of $141.51. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the July 15, 2006 payment and continuing throughout and concluding on or before December 15, 2006.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for July 1, 2006, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER STIPULATED that Mortgage Electronic Registration Systems, Inc. by U.S. Bank, N.A. successor by merger with The Leader Mortgage Company, its agent as the current beneficiary under the above described Deed of Trust, agrees not to conduct a

Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Stipulation are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER STIPULATED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER STIPULATED that if Debtor' Bankruptcy Case No. 4:05-bk-02446-JMM is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Mortgage Electronic Registration Systems, Inc. by U.S. Bank, N.A. successor by merger with The Leader Mortgage Company, its agent, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take

3

whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER STIPULATED that any hearings scheduled in the matter are vacated.

DATED this 20th day of June 2006.

TIFFANY & BOSCO, P.A.

By _____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

_____
Daniel J. Rylander
Attorney for Debtor

4