THIS ORDER IS APPROVED.

Dated: April 20, 2009

JAMES M. MARLAR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08742/9900136547

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kelly Lee Higley and Rosa Isela Higley<br>         Debtors.<br><br>US Bank/NDSC<br><br>      Movant,<br>  vs.<br><br>Kelly Lee Higley and Rosa Isela Higley, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:05-bk-02446-JMM<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket # 33) |

IT IS HEREBY ORDERED that Movant's Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT