Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

James L. Robinson, Jr.
PCB #48612 - Ariz. Bar #3184

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279

Ross Meiners
PCB#66099- Ariz. Bar #26064

Attorneys for Debtors.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| KELLY HIGLEY<br>SSN: XXX-XX-2673 | Case No. 4:05-bk-2446-JMM<br>DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY US BANK HOME MORTGAGE FDBA US BANK, N.A. |
| ROSA HIGLEY<br>SSN: XXX-XX-5834 | AND NOTICE THEREON |
| Debtors. | HEARING DATE: August 31, 2009<br>HEARING TIME: 10:15AM |

THE DEBTORS, by and through counsel undersigned below, object to the following "supplemental" claim:

Claim No.: #6

Claimant: US BANK HOME MORTGAGE
4801 FREDERICA STREET
OWENSBORO, KY 42301

Claim Amount: $11,132.03

Claim Type: "Supplemental" Secured [pre-petition mortgage arrearages]

Date of Filing: July 2, 2009

Upon the following grounds:

1. This case was originally filed May 3rd, 2005. Part of the intention of the Debtors, and as evidenced by their Chapter 13 Plan filed in this case, was to preserve their home ownership, and pay any and all arrearages owed to that certain entity U.S. Bank National Association, and/or its nominee Mortgage Electronic Registration Systems;

2. The creditor, by and through current counsel undersigned, filed a proof of claim in the original amount of $9,328.55, denominated as "arrearage", with an attachment showing the breakdown of costs, principal, fees and the like, and also filed an objection to the plan, as the plan provided for an amount of arrearage ($7,200.00) which was less than the arrearage and cost delinquencies claimed pursuant to the original claim, filed in June of 2005;

3. Subsequently, the case was confirmed, and the creditor by and through current counsel Mark Bosco agreed as follows:

> **UPON STIPULATION AND AGREEMENT** between the Debtors and the **SECURED CREDITOR U.S. BANK**, Account No. **xxxxxxxxxx/xx-01097**, by and through its counsel as evidenced by signature below, that the SECURED CREDITOR U.S. BANK shall withdraw its objection to Debtors' Chapter 13 Plan provided that Debtors' Plan pays U.S. Bank the amount of pre-petition mortgage arrears stated in its Proof of Claim the sum of $9328.55, without interest, and U.S. BANK shall retain its lien subsequent to discharge for all amounts remaining unpaid . . [text of confirmation order approved January 30, 2006]

4. Now, some three and one half years later, the creditor by and through Tiffany & Bosco has filed a "supplemental" proof of claim in the amount of $11,132.03, which is $1,803.98 higher than the amount agreed to at confirmation;

5. In short, it appears that the creditor simply failed to include attorney foreclosure fees and costs in its original proof

1. of claim;

2. 6. The clients are within two or three months of discharge, and it is simply impracticable to increase plan funding at this late date to accommodate this 'mistake';

7. Plan confirmation constitutes a final and binding ruling on the amount of arrearage, costs, and the like, and doubly so when the creditors representative agreed to the treatment;

8. Accordingly, the supplemental proof of claim should be disallowed, and the objection also filed by Tiffany & Bosco, P.A. on behalf of its client should be denied as untimely by three and one half years;

9. Debtors' counsel is very concerned of the possibility that after entry of Debtors' discharge, the secured creditor U.S. BANK, Account No. xxxxxxxxxx/xx-01097 will declare an immediate default and the Debtors will have no recourse but to pay funds that the creditor U.S. BANK, its successors and assigns, is judicially stopped from collecting.

10. Debtors' counsel will seek an order declaring that all pre-petition arrears, costs and fees are now fully paid, and that no additional pre-petition delinquencies can be asserted.

DATED this July 28, 2009.

/s/
DANIEL J. RYLANDER
ROBINSON & RYLANDER
Attorneys for Debtor

. . .
. . .

Electronically filed with the
Clerk of the United States
Bankruptcy Court, this July 28, 2009.

Copy of the foregoing mailed/
hand delivered this July 28, 2009 to:

Dianne C. Kerns, Esq.
Office of the Chapter 13 Trustee
PMB# 143
7320 North La Cholla Blvd, # 154
Tucson, Arizona 85741-2305

Kelly & Rosa Higley
2637 E. Cambridge Ring Drive
Tucson, AZ 85706
Debtors

Tiffany & Bosco, P.A.
2525 E. Camelback
Third Floor
Phoenix, AZ 85016-4237

US Bank Statutory Agent
1185 Avenue
18th Floor
New York, NY 10036

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Statutory Agent for US Bank Home Mortgage

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301


By   /s/
     Rebecca L. Shoop, Paralegal for
     ROBINSON & RYLANDER, P.C.