

THIS ORDER IS APPROVED.

Dated: October 06, 2009

JAMES M. MARLAR
Chief Bankruptcy Judge

Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

James L. Robinson, Jr.
PCB #48612 - Ariz. Bar #3184
Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Ross K. Meiners
PCB#66099-Ariz.Bar#26064

Attorneys for Debtors.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) In Proceedings Under Chapter 13 |
| | ) |
| KELLY HIGLEY | ) Case No. 4:05-bk-2446-JMM |
| SSN# XXX-XX-2673 | ) |
| | ) ORDER RE: DEBTORS' OBJECTION |
| ROSA HIGLEY | ) TO SUPPLEMENTAL PROOF OF CLAIM |
| SSN# XXX-XX-5834 | ) FILED BY US BANK HOME MORTGAGE |
| | ) |
| | ) |
| Debtors. | ) |

THE DEBTORS having filed an objection to the Supplemental Proof of Claim filed By US BANK HOME MORTGAGE, and there being no response filed thereto, a hearing having been held August 31, 2009, and good cause appearing,

IT IS HEREBY ordered:

1. The supplemental claim for alleged pre-petition arrearages, fees, costs, and attorneys fees filed by US BANK HOME MORTGAGE is hereby disallowed;

2. The claim for pre-petition arrears, fees, costs, and attorneys fees as originally filed in the amount of $9,328.55 was judicially determined by the objection, proof of claim, and plan confirmation process;

1

3. The claimant US BANK HOME MORTGAGE, its successors and assigns, is bound by principals of *res judicata*, and the holdings of <u>In re Pardee</u>, 193 F.3d 1683 (9th Cir. 1999) and <u>In re Espinosa</u>, 553 F.3d 1193 (9th Ci

4. r. 2008).

DATED this _____ day of September, 2009.

                                           _____
                                           **THE HONORABLE JAMES M. MARLAR**
                                           **United States Bankruptcy Judge**